UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Brian Todd Gore,

        Petitioner,

vs.                            ORDER ADOPTING THE
                                REPORT AND RECOMMENDATION

Dwight L. Fondren, Warden,

        Respondent.         Civ. No. 07-4425(ADM/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That the Petition for Writ of Habeas Corpus [Docket No. 1] is dismissed as moot.

                                   s/Ann D. Montgomery

                                   Ann D. Montgomery, Judge
                                   United States District Court

DATED: October 31, 2008
At Minneapolis, Minnesota